UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| NICKALUS T. HOLT, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 5: 19-250-DCR |
| V. | ) ) ) | |
| SPECIALIZED LOAN SERVICING, LLC, et al., | ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 54 of the Federal Rules of Civil Procedure and the Memorandum Opinion and Orders entered January 2, 2020, and on this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The claims asserted by Plaintiff Nickalus T. Holt against Specialized Loan Servicing, LLC, Standard Guaranty Insurance Company Insurance Co., and American Security Insurance Company are **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

2. Judgment is entered in favor of all defendants regarding the claims asserted by Plaintiff Holt.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: September 19, 2023.

*Danny C. Reeves*, Chief Judge
United States District Court
Eastern District of Kentucky